IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:04CR129 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| TIMOTHY DAVID WALKER, JR. | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit copies of this Order electronically to the United States Attorney, United States Probation Office, the United States Marshal and Defendant's counsel.

Signed: November 1, 2006

Lacy H. Thornburg
United States District Judge