# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:04CR129

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | <u>O R D E R</u> |
| ) | |
| TIMOTHY D. WALKER ) | |
| And ) | |
| DAVID WALKER, ) | |
| Movant. ) | |

**THIS MATTER** is before the Court on the Movant's amended motion for return of property and the Government's response concurring that a hearing is required for resolution of the issues raised by the Movant.

**IT IS, THEREFORE, ORDERED** that a hearing on Movant's motion for return of property is hereby scheduled for **WEDNESDAY, APRIL 9, 2008, AT 11:00 AM,** at the U.S. Courthouse in Asheville, North Carolina, in the Third Floor courtroom.

Signed: March 28, 2008

Lacy H. Thornburg
United States District Judge